PER CURIAM.
We have for review Frye v. State, 690 So.2d 629 (Fla. 3d DCA 1997), which expressly and directly conflicts with White v. State, 618 So.2d 354 (Fla. 1st DCA 1993); Sims v. State, 605 So.2d 997 (Fla. 2d DCA 1992); and Martin v. State, 608 So.2d 571 (Fla. 5th DCA 1992). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const. In accordance with our decision in State v. Hudson, 698 So.2d 831 (Fla.1997), we approve the decision below.
KOGAN, C.J., and OVERTON, SHAW, HARDING and ANSTEAD, JJ., concur.
WELLS, J., dissents with an opinion in which GRIMES, J., concurs.